FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0149

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0149

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JOHN JAYCOB FISHBAUGH,

    Defendant and Appellant.

FILED

JUN 0 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including July 10, 2020, within which to prepare, serve, and file its response brief.

Dated this 3rd day of June, 2020.

Bowen Greenwood,

Clerk of Supreme Court

BF